IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH LEWIS, ) | |
| ) | 02:08-cv-02882-GEB-DAD |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, a Cigna ) | |
| Company; UNITED TECHNOLOGIES ) | |
| CORPORATION LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendants. ) | |

On April 14, 2009, the parties filed a stipulation and proposed order which seeks unclear relief and is therefore denied.

Dated: April 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge