IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDITH LEWIS,                          )
                                       )      2:08-cv-02882-GEB-DAD
                Plaintiff,             )
                                       )
       v.                              )      ORDER RE: SETTLEMENT
                                       )      AND DISPOSITION
CONNECTICUT GENERAL LIFE INSURANCE     )
COMPANY, a Cigna Company; UNITED       )
TECHNOLOGIES CORPORATION LONG TERM     )
DISABILITY PLAN,                       )
                                       )
                Defendants.            )
_____)

        On June 4, 2009, Plaintiff filed a Notice of Settlement in
which she states: "[d]ue to the circumstances of the settlement, the
parties request forty-five (45) days to file a Stipulation For
Dismissal."  Therefore, a dispositional document shall be filed no
later than July 20, 2009.  Failure to respond by this deadline may be
construed as consent to dismissal of this action without prejudice,
and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure
to file dispositional papers on the date prescribed by the Court may
be grounds for sanctions.").

        Further, the hearing scheduled for June 22, 2009, on a

1    Motion for Discovery is deemed withdrawn.

2  Dated:   June 18, 2009

3

4                              _____
                               GARLAND E. BURRELL, JR.
5                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28